KING, HOLMES, PATERNO & BERLINER LLP
HOWARD E. KING, ESQ., STATE BAR NO. 077012
SETH MILLER, ESQ., STATE BAR NO. 175130
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
E-MAIL:     MILLER@KHPBLAW.COM
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Plaintiff
JOE SATRIANI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOE SATRIANI, an individual,

        Plaintiff,

vs.

CHRISTOPHER MARTIN, an individual; JONATHAN BUCKLAND, an individual; GUY BERRYMAN, an individual; WILLIAM CHAMPION, an individual; and CAPITOL RECORDS, an entity of unknown form,

        Defendants.

CASE NO. CV08-07987 DDP VBKx

NOTICE OF INTERESTED PARTIES

[Fed.R.Civ.P. 7.1; L.R. 7.1-1]

The undersigned counsel of record for plaintiff JOE SATRIANI, an individual, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable this Honorable Court to evaluate possible disqualification or recusal:

    1.    Christopher Martin, an individual, a defendant.
    2.    Jonathan Buckland, an individual, a defendant.
    3.    Guy Berryman, an individual, a defendant.
    4.    William Champion, an individual, a defendant.
    5.    Capitol Records, an entity of unknown form, a defendant.

2132.068/250305.1

6. Joe Satriani, an individual, a plaintiff.

DATED: December 2, 2008          KING, HOLMES, PATERNO & BERLINER, LLP

By: _____
         HOWARD E. KING
Attorneys for Plaintiff JOE SATRIANI