AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION  [ ] APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. CV08-07987 DDP  DATE FILED | UNITED STATES DISTRICT COURT<br>312 North Spring Street<br>Los Angeles, California 90012-4793 |
| PLAINTIFF<br>JOE SATRIANI | DEFENDANT<br>CHRISTOPHER MARTIN, an individual; JONATHAN BUCKLAND, an individual; GUY BERRYMAN, an individual; WILLIAM CHAMPION, an individual; and CAPITOL RECORDS, an entity of unknown form |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  PA 1-246-904 | If I Could Fly | Joe Satriani |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY  [ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED  [ ] Order  [ ] Judgment | WRITTEN OPINION ATTACHED  [ ] Yes  [ ] No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights

*U.S. G.P.O. 1982-374-279
AO-121