RUSSELL J. FRACKMAN (SBN 49087)
rjf@msk.com
DAVID A. STEINBERG (SBN 130593)
das@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
CAPITOL RECORDS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SATRIANI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER MARTIN, an individual; JONATHAN BUCKLAND, an individual; GUY BERRYMAN, an individual; WILLIAM CHAMPION, an individual; and CAPITOL RECORDS, an entity of unknown form,<br><br>　　　　Defendants. | Case No. CV08- 07987 DDP (VBKx)<br><br>Honorable Dean D. Pregerson<br><br>Courtroom 3<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

This stipulation is entered into between Plaintiff Joe Satriani ("Plaintiff") through his counsel of record, and Defendant Capitol Records through its counsel of record, and is based on the following facts:

1. On December 4, 2008, Plaintiff filed the Complaint in this action.

2. Pursuant to Federal Rule 12(a)(1)(A)(ii), Defendant Capitol Records agreed to waive service under the Rule 4(d) and the deadline to respond to the Complaint is February 17, 2009.

3. Pursuant to Federal Rule 12(a)(1)(A)(ii), Defendants Martin, Buckland, Berryman and Champion agreed to waive service under Rule 4(d), and their deadline to respond to the Complaint is April 6, 2009.

4. Counsel for Plaintiff has agreed to grant Defendant Capitol Records an extension of time to respond to the Complaint up to and including April 6, 2009, so that the deadline for each Defendant to file a response shall be the same.

5. No prior extensions of time have been requested or granted.

6. Neither the parties nor the Court will be prejudiced by an extension, because there are no pending pre-trial deadlines in this action.

DATED: February 19, 2009

RUSSELL J. FRACKMAN
DAVID A. STEINBERG
MITCHELL SILBERBERG & KNUPP LLP

By: _____
David A. Steinberg
Attorneys for Capitol Records

DATED: February 19, 2009

HOWARD E. KING
SETH MILLER
KING HOLMES, PATERNO & BERLINER LLP

By: _____
Seth Miller
Attorneys for Plaintiff

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

    On February 19, 2009, I served a copy of the foregoing document(s) described as **STIPULATION TO EXTEND TIME TO ANSWER TO COMPLAINT, PROPOSED ORDER RE STIPULATION, AND CERTIFICATE OF INTERESTED PARTIES** on the interested parties in this action at their last known address as set forth below by taking the action described below:

Seth Miller, Esq.
King, Holmes, Paterno & Berliner LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067

*Attorney for Plaintiffs*

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with _____ in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at __:__ .m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☐ **BY FAX:** On _____, at _____ am/pm, from facsimile number (310)_____, before placing the above-described document(s) in sealed envelope(s) addressed as set forth above, I sent a copy of the above-described document(s) to each of the individuals set forth above at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and a copy of that report is attached hereto.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 19, 2009, at Los Angeles, California.

By: _____
Lindsey Lee