| | |
|---|---|
| 1 | RUSSELL J. FRACKMAN (SBN 49087) |
| | rjf@msk.com |
| 2 | DAVID A. STEINBERG (SBN 130593) |
| | das@msk.com |
| 3 | MITCHELL SILBERBERG & KNUPP LLP |
| | 11377 West Olympic Boulevard |
| 4 | Los Angeles, California 90064-1683 |
| | Telephone: (310) 312-2000 |
| 5 | Facsimile: (310) 312-3100 |

Attorneys for Defendant
CAPITOL RECORDS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SATRIANI | Case No. CV08- 07987 DDP (VBKx) |
| Plaintiff, | Honorable <u>Dean D. Pregerson</u> |
| | Courtroom 3 |
| v. | **CERTIFICATE OF INTERESTED PARTIES** |
| CHRISTOPHER MARTIN, an individual; JONATHAN BUCKLAND, an individual; GUY BERRYMAN, an individual; WILLIAM CHAMPION, an individual; and CAPITOL RECORDS, an entity of unknown form, | |
| Defendants. | |

Mitchell
Silberberg &
Knupp LLP

2134377.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Capitol Records certify that Capitol Records is a d/b/a of Capitol Records, LLC and that the ultimate parent of Capitol Records, LLC is Maltby Investments Limited. No publicly held corporation owns 10% or more of the stock of Capitol Records, LLC.

DATED: February 19, 2009

RUSSELL J. FRACKMAN
DAVID A. STEINBERG
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ David A. Steinberg
David A. Steinberg
Attorneys for Capitol Records