RUSSELL J. FRACKMAN (SBN 49087)
rjf@msk.com
DAVID A. STEINBERG (SBN 130593)
das@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
CAPITOL RECORDS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SATRIANI | Case No. CV 08- 07987 DDP (VBKx) |
| Plaintiff, | Honorable <u>Dean D. Pregerson</u> |
| v. | Courtroom 3 |
| CHRISTOPHER MARTIN, an individual; JONATHAN BUCKLAND, an individual; GUY BERRYMAN, an individual; WILLIAM CHAMPION, an individual; and CAPITOL RECORDS, an entity of unknown form, | **ORDER GRANTING CAPITOL RECORDS' REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| Defendants. | |

Mitchell Silberberg & Knupp LLP

2133859.1

## ORDER

The Court has read and considered the Stipulation For Extension Of Time To Respond To Complaint.

For good cause shown, IT IS HEREBY ORDERED that Defendant Capitol Records has up to and including April 6, 2009 to file its response to the Complaint.

**IT IS SO ORDERED.**

DATED: February 20, 2009

_____
The Honorable Dean D. Pregerson
United States District Judge