```
                        UNITED STATES DISTRICT COURT
                       CENTRAL DISTRICT OF CALIFORNIA

JOE SATRIANI, an individual,  ) Case No. CV 08-07987 DDP (VBKx)
                              )
              Plaintiff,      ) ORDER SETTING SCHEDULING CONFERENCE
                              )
     v.                       ) Scheduling Conference as follows:
                              )
CHRISTOPHER MARTIN, an        )  Date:  July 6, 2009
individual; JONATHAN          )  Time:  3:30 p.m.
BUCKLAND, an individual; GUY  )
BERRYMAN, an individual;      )
WILLIAM CHAMPION, an          )
individual; and CAPITOL       )
RECORDS, an entity of         )
unknown form,                 )
                              )
              Defendants.     )
                              )
_____)
```

This matter is set for a scheduling conference in Courtroom 3, before the Honorable Dean D. Pregerson, located at 312 North Spring Street, Los Angeles, California 90012. The conference will be held pursuant to Federal Rules of Civil Procedure 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than twenty-one (21) days prior to the scheduling conference and file a report with the Court entitled "Rule 26(f) Report", not later than fourteen (14) days

1  after they confer as required by Federal Rule of Civil Procedure 26
2  and the Local Rules of this Court.  Failure to comply may lead to
3  the imposition of sanctions.

   IT IS SO ORDERED.

**Dated: April 27, 2009**

_____
**DEAN D. PREGERSON**
**United States District Judge**