# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-07987 DDP (VBKx) | Date | July 6, 2009 |

Title    JOE SATRIANI, an individual -V- CHRISTOPHER MARTIN, an individual; JONATHAN BUCKLAND, an individual; GUY BERRYMAN, an individual; WILLIAM CHAMPION, an individual; and CAPITOL RECORDS, an entity of unknown form

| Present: The Honorable | DEAN D. PREGERSON, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| John A. Chambers | None Present | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Seth Miller | | Russell J. Frackman | |
| | | David A. Steinberg | |

Proceedings:

SCHEDULING CONFERENCE

Held scheduling conference.

Court and counsel confer re case status.

Court sets trial dates.  (Refer to the SCHEDULING ORDER to be issued hereafter.)

|  | 00 | : | 05 |
|---|---|---|---|
| Initials of Preparer | JAC | | |