# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOE SATRIANI, an individual  Plaintiff(s)<br>v. | CASE NUMBER:<br>CV 08-07987 DDP (VBKx) |
|---|---|
| CHRISTOPHER MARTIN, an individual; JONATHAN BUCKLAND, an individual; GUY BERRYMAN, an individual; WILLIAM CHAMPION, an individual; and CAPITOL RECORDS, an entity of unknown form  Defendant(s). | **ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, and/or as reflected in the Rule 26 (f) Report, hereby **ORDERS** the Request for:

**SETTLEMENT PROCEDURE NO. 3**

be:

☒ APPROVED.

G DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. Upon obtaining the settlement officer's consent to serve, counsel shall file Form ADR-02 (Stipulation Regarding Selection of Attorney Settlement Officer) with the court. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

_____
United States District Judge

Dated: July 14, 2009