UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SATRIANI, an individual, | ) Case No. CV 08-07987 DDP(VBKx) ) |
| Plaintiff, | ) **SCHEDULING ORDER** ) |
| v. | ) ) |
| CHRISTOPHER MARTIN, an individual; JONATHAN BUCKLAND, an individual; GUY BERRYMAN, an individual; WILLIAM CHAMPION, an individual; and CAPITOL RECORDS, an entity of unknown form , | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Pursuant to the Federal Rules of Civil Procedure 16(b), the Court issues the following Order:

Counsel must agree on the date for the disclosure of expert witness reports pursuant to the Federal Rules of Civil Procedure 26(a)2. The agreed-upon disclosure date must precede the discovery cut-off date such that all discovery, including expert depositions, will be completed prior to the discovery cut-off date.

1
2
3      DISCOVERY CUT-OFF 01-29-10
4      LAST DAY TO FILE MOTIONS 03-01-10
5      FINAL PRE TRIAL CONFERENCE 05-10-10 at 4:00 p.m.
6      6 DAY JURY TRIAL 05-18-10 at 9:00 a.m.
7
8 Dated: July 16, 2009            _____
                                  DEAN D. PREGERSON
9                                  United States District Judge