1   KING, HOLMES, PATERNO & BERLINER LLP
    HOWARD E. KING, ESQ., STATE BAR NO. 077012
2   SETH MILLER, ESQ., STATE BAR NO. 175130
    MILLER@KHPBLAW.COM
3   1900 AVENUE OF THE STARS, 25TH FLOOR
    LOS ANGELES, CALIFORNIA 90067-4506
4   TELEPHONE: (310) 282-8989
    FACSIMILE:   (310) 282-8903
5
    Attorneys for Plaintiff
6   JOE SATRIANI

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11   JOE SATRIANI, an individual,      CASE NO. CV08-07987 DDP (VBKx)
                              Hon. Dean D. Pregerson, Courtroom 3
12          Plaintiff,
                              **STIPULATION FOR DISMISSAL**
13      vs.                           **WITH PREJUDICE**

14   CHRISTOPHER MARTIN, an
    individual; JONATHAN BUCKLAND,    Action Commenced: December 4, 2008
15   an individual; GUY BERRYMAN, an
    individual; WILLIAM CHAMPION, an
16   individual; and CAPITOL RECORDS, an
    entity of unknown form,
17
         Defendants.
18

19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

2132.068/303767.2

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear its own costs and attorney fees.

DATED: August 25, 2009        KING, HOLMES, PATERNO & BERLINER, LLP

By: _____
    HOWARD E. KING
Attorneys for Plaintiff JOE SATRIANI

DATED: August 27, 2009        MITCHELL, SILBERBERG & KNUPP LLP

By: _____
    RUSSELL J. FRACKMAN
Attorneys for Defendants CHRISTOPHER MARTIN, JONATHAN BUCKLAND, GUY BERRYMAN, WILLIAM CHAMPION and CAPITOL RECORDS

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On September 3, 2009, I served a copy of the foregoing document(s) described as **STIPULATION FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action at their last known address as set forth below by taking the action described below:

Howard E. King, Esq.,
Seth Miller, Esq.,
KING, HOLMES, PATERNO &
BERLINER LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, California 90067-4506

Russell Frackman, Esq.
David A. Steinberg, Esq.
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, California 90064

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with ____ in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by ____ of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at ___:___ __.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☐ **BY FAX:** On _____, at _____ am/pm, from facsimile number (310) _____, before placing the above-described document(s) in sealed envelope(s) addressed as set forth above, I sent a copy of the above-described document(s) to each of the individuals set forth above at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and a copy of that report is attached hereto.

Mitchell
Silberberg &
Knupp LLP

2353060.1

1       I declare under penalty of perjury under the laws of the United States that
2   the above is true and correct.

3       Executed on September 3, 2009, at Los Angeles, California.

4

5                                Lindsey Lee

Mitchell
Silberberg &
Knupp LLP
2353060.1