1  KING, HOLMES, PATERNO & BERLINER LLP
   HOWARD E. KING, ESQ., STATE BAR NO. 077012
2  SETH MILLER, ESQ., STATE BAR NO. 175130
   MILLER@KHPBLAW.COM
3  1900 AVENUE OF THE STARS, 25TH FLOOR
   LOS ANGELES, CALIFORNIA 90067-4506
4  TELEPHONE: (310) 282-8989
   FACSIMILE:  (310) 282-8903
5
   Attorneys for Plaintiff
6  JOE SATRIANI

7

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   JOE SATRIANI, an individual, | CASE NO. CV08-07987 DDP (VBKx) |
| 12         Plaintiff, | Hon. Dean D. Pregerson, Courtroom 3 |
| 13    vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| 14   CHRISTOPHER MARTIN, an individual; JONATHAN BUCKLAND, | Action Commenced: December 4, 2008 |
| 15   an individual; GUY BERRYMAN, an individual; WILLIAM CHAMPION, an | |
| 16   individual; and CAPITOL RECORDS, an entity of unknown form, | |
| 17 | |
| 18        Defendants. | |

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

2132.068/303767.3

1       IT IS HEREBY STIPULATED by and between the parties to this action

2  through their undersigned counsel of record that the above-captioned action be and

3  hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).  Each party

4  shall bear its own costs and attorney fees.

5

6  DATED:  September 8, 2009     KING, HOLMES, PATERNO & BERLINER, LLP

7

8                         By: _____

9                                HOWARD E. KING
                          Attorneys for Plaintiff JOE SATRIANI

10

11  DATED:  September 8, 2009    MITCHELL, SILBERBERG & KNUPP LLP

12

13                       By: _____

14                          RUSSELL J. FRACKMAN
                          Attorneys for Defendants CHRISTOPHER

15                          MARTIN, JONATHAN BUCKLAND, GUY
                          BERRYMAN, WILLIAM CHAMPION and

16                          CAPITOL RECORDS

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On September 9, 2009, I served a copy of the foregoing document(s) described as **STIPULATION FOR DISMISSAL WITH PREJUDICE, [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| Howard E. King, Esq., | Russell Frackman, Esq. |
| Seth Miller, Esq., | David A. Steinberg, Esq. |
| KING, HOLMES, PATERNO & BERLINER LLP | Mitchell Silberberg & Knupp LLP |
| 1900 Avenue of the Stars, 25th Floor | 11377 West Olympic Boulevard |
| Los Angeles, California 90067-4506 | Los Angeles, California 90064 |

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with      in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by          of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at __:__ .m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☐ **BY FAX:** On _____, at _____ am/pm, from facsimile number (310) _____, before placing the above-described document(s) in sealed envelope(s) addressed as set forth above, I sent a copy of the above-described document(s) to each of the individuals set forth above at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and a copy of that report is attached hereto.

Mitchell
Silberberg &
Knupp LLP

2367082.1

1    I declare under penalty of perjury under the laws of the United States that
2 the above is true and correct.

3        Executed on September 9, 2009, at Los Angeles, California.

4                                                    _____
5                                                              Lindsey Lee

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

2367082.1

**PROOF OF SERVICE**