KING, HOLMES, PATERNO & BERLINER LLP
HOWARD E. KING, ESQ., STATE BAR NO. 077012
SETH MILLER, ESQ., STATE BAR NO. 175130
MILLER@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

JS-6

Attorneys for Plaintiff
JOE SATRIANI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SATRIANI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MARTIN, an individual; JONATHAN BUCKLAND, an individual; GUY BERRYMAN, an individual; WILLIAM CHAMPION, an individual; and CAPITOL RECORDS, an entity of unknown form,<br><br>Defendants. | CASE NO. CV08-07987 DDP (VBKx)<br>Hon. Dean D. Pregerson, Courtroom 3<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Commenced: December 4, 2008 |

Based on the parties' stipulation for dismissal with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), the Court hereby dismisses the action with prejudice. Each party shall bear its own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: September 14, 2009

_____
Hon. Dean D. Pregerson
U.S. District Court Judge

2132.068/305778.1